

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00369-CR

Jimmy **ALDANA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR8138
Honorable Frank J. Castro, Judge Presiding

# O R D E R

On January 7, 2018, appellant filed a pro se "emergency motion to strike the brief filed by appellate attorney and request extension [sic] of time and that case be sent back to trial court for the appointment of new appellate counsel." In that motion, appellant contends his appointed appellate counsel was ineffective and asks that we abate the matter for appointment of new counsel.

Our opinion in this appeal issued December 5, 2018. The time for filing a motion for rehearing or motion for en banc reconsideration has expired. *See* TEX. R. APP. P. 49.1 (stating deadline to file motion for rehearing is within 15 days after court of appeals' judgment or order is rendered); *id.* R. 49.8 (stating court of appeals may extend time for filing rehearing or en banc reconsideration if party files proper motion for extension of time no later than 15 days after last date for filing rehearing or en banc reconsideration). Accordingly, we **DENY AS MOOT** appellant's emergency motion.

Appellant's petition for discretionary review was due in the Texas Court of Criminal Appeals on January 4, 2019. *See* TEX. R. APP. P. 68.2(a). An extension of time to file the petition may be filed on or before January 22, 2019. *See id.* R. 68.2(c). In the event appellant is unable to timely file his petition by filing a timely extension, he may seek an out-of-time petition for discretionary review based on his appointed appellate counsel's failure to provide him, in a timely manner, with a copy of this court's opinion and judgment as required by Rule 48.4 and inform him of his right to file a pro se petition for discretionary review. *See id.* R. 48.4; *see also Ex parte Owens*, 206 S.W.3d 670 (recognizing appellant may file post-conviction application for

writ of habeas corpus seeking out-of-time petition for discretionary review when appellate counsel fails to inform appellant of right to file pro se petition for discretionary review).

We **order** the clerk of this court to serve a copy of this order on appellant and all counsel. We further **order** the clerk of this court to provide appellant with a copy of this court's December 5, 2018 opinion and judgment.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court